**Benito ZARAGOZA–TINOCO,**
**Petitioner,**

v.

**Loretta E. LYNCH, Attorney**
**General, Respondent.**

**No. 15–70905**

United States Court of Appeals,
Ninth Circuit.

Submitted August 16, 2016 *

Filed August 23, 2016

Rosana Cheung, Law Office of Rosana Kit Wai Cheung, Los Angeles, CA.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Leslie McKay, Esquire, Assistant Director, OIL, Washington, DC, Chief Counsel ICE, San Francisco, CA.

Before: O'SCANNLAIN, LEAVY, and CLIFTON, Circuit Judges.

## MEMORANDUM **

Benito Zaragoza–Tinoco, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his application for cancellation of removal. We dismiss in part and deny in part the petition for review.

We lack jurisdiction to review the BIA's determination that Zaragoza–Tinoco failed to show exceptional and extremely unusual hardship to a qualifying relative. *See Martinez–Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir. 2005).

In his opening brief, Zaragoza–Tinoco fails to address, and therefore has waived any challenge to, the BIA's denial of his motion to remand. *See Rizk v. Holder*, 629 F.3d 1083, 1091 n.3 (9th Cir. 2011) (issues not raised in an opening brief are waived).

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**

---

** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).